UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALID MUWAKKIL, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-01412-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFFS**<br><br>Re: Dkt. No. 9 |

Plaintiffs filed this action on March 22, 2016 alleging that Defendants, the County of Contra Costa, the County of Contra Costa Department of Child and Family Services, and numerous individual defendants, violated their civil rights. Defendant the County of Contra Costa (the "County") thereafter filed a motion to dismiss which is presently set for hearing on May 26, 2016. (Dkt. No. 9.) Plaintiffs have not responded to the motion, although the deadline to do so has passed.

Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE as to why this action should not be dismissed as to the County Defendant for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Plaintiffs shall file a written response to this Order accompanied by their response to the motion to dismiss by May 16, 2016. The County's response is due May 23, 2016. Plaintiffs shall also appear and show cause in person on June 9, 2016 at 9:00 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. The Court continues the current hearing date for the motion to dismiss to June 9, 2016 at 9:00 a.m. as well.

**IT IS SO ORDERED.**

Dated: May 9, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge